UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE ST. CLAIR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.,<br><br>　　　　Defendant. | Case No. 3:19-cv-00165-SLH<br><br>**NOTICE OF SETTLEMENT** |

　　NOTICE is hereby given, that Plaintiff Diane St. Clair and Defendant Citibank, N.A. have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a dismissal within the next sixty (60) days. Plaintiff requests the Court vacate all deadlines in this matter, as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

　　Respectfully submitted this 14th day of January 2020.

　　　　　　　　　　　　　　　　　　　　PRICE LAW GROUP, APC

　　　　　　　　　　　　　　　　　　　　By:　/s/Alla Gulchina
　　　　　　　　　　　　　　　　　　　　Alla Gulchina (SBN 307014)
　　　　　　　　　　　　　　　　　　　　86 Hudson Street
　　　　　　　　　　　　　　　　　　　　Hoboken, NJ 07030
　　　　　　　　　　　　　　　　　　　　T: (818) 600-5566
　　　　　　　　　　　　　　　　　　　　F: (818) 600-5466
　　　　　　　　　　　　　　　　　　　　E: alla@pricelawgroup.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

      PRICE LAW GROUP, APC

      /s/ Florence Lirato