UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE ST. CLAIR,<br><br>    Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>    Defendant. | Case No. 3:19-cv-00165-SLH |

## [PROPOSED] ORDER

Upon review of the Parties' Stipulation for Dismissal with Prejudice of Defendant CitiBank, N.A., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice, as to CitiBank, N.A., with the parties to bear their own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: Sept. 14, 2020

_____
HONORABLE STEPANIE L. HAINES
UNITED STATES DISTRICT COURT JUDGE